

Continental Plaza · 411 Hackensack Avenue, 2nd Floor · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

May 23, 2016

*Via ECF*
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 2A
Newark, New Jersey 07101

      Re:    Elizabeth E. Jun v. Viking Client Services, Inc., et al.
            Case No.: 2:15-cv-08821-MCA-LDW

Dear Judge Arleo:

    I represent the Plaintiff Elizabeth E. Jun and I write to inform the Court that the parties have agreed to a settlement which requires subsequent performance. When the terms of the written settlement agreement have been finalized and fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice.

    At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

    Thank you for Your Honor's time and courtesies in this matter.

                                            Very truly yours,

                                            *s/ Yongmoon Kim*
                                            Yongmoon Kim, Esq.
                                            KIM LAW FIRM LLC

YK/cy
cc:    All Counsel of Record (*via ECF*)